United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 2 0 2022

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

_Wayne Anthony Barrett_
Plaintiff,


                    v                    Case Number: 1:22-CV-02321-WMR-
                                                        JCF.


_H.U.D, McCalla._
_M&T Bank, M&T Trust, MERS_
Defendant,

# AFFIDAVIT
*of*
## Bert Falls, Mortgage Fraud Examiner

Here now comes the undersigned, Bert Falls, in this affiant statement regarding the attached Securitization Audit Report and Examiner Exhibits as described in detail in the following paragraphs. I am not an attorney and I do not intend this report to be construed as legal advice. However, I am qualified to render this statement based on my experience, qualifications and expertise as follows:

## EXPERIENCE, QUALIFICATIONS AND EXPERTISE OF AFFIANT

I, Bert Falls, over 21 years of age, an expert on the subject matter of mortgage foreclosures, securitization audits, foreclosure litigation, mortgage fraud and forensic analysis of mortgage assignments have over 20 years of experience in the mortgage field.

I have knowledge in asset-backed securitization, foreclosure and loss mitigation I have studied in the areas of the Truth in Lending (TILA), the Real Estate Settlement Procedures Act (RESPA), the Fair Credit Reporting Act (FCRA), the Uniform Commercial Code (UCC), the Ohio Revised Code Section 5301 (Conveyances, Encumbrances) and Section 1109.75 (Securitization) and the Federal Rules of Evidence Rule 901 (Authenticating or Identifying Evidence) and Rule 902 (Evidence that is Self-Authenticating). Computer algorithms may be utilized in handwriting and signature analysis.

I am proficient and knowledgeable in foreclosure litigation and mortgage-backed securitization and how these issues apply in judicial and extra-judicial foreclosure actions. In the course of my work I have read and reviewed mortgage loan-related documents including home loan disclosures, settlement statements, appraisals, underwriting and processing documents, mortgages, notes, allonge, assignments, more specifically assignments by Mortgage Electronic Registration Systems, Inc., complaints, affidavits and trust documents such as pooling and servicing agreements, prospectuses and prospectus supplements.

---

I perform research into the securitization, sale and transfer aspects of residential home mortgage loans and mortgage-backed securities and I am proficient in applying this research to particular facts in a given foreclosure case.

## THE CASE IN FACT

1. The original transaction:

   | | | |
   |---|---|---|
   | a. | Date | April 14, 2008 |
   | b. | Property Address | 1928 Paddock Path Drive |
   | | | Acworth GA 30101 |
   | c. | Borrower | Wayne A. Barrett |
   | d. | Co-Borrower | None |
   | e. | Originating Lender | M&T Bank |
   | f. | Principal Amount | $255,526 |
   | g. | Debt Instrument | Fixed Rate Note |
   | h. | Interest Rate | 5.500% p.a. |

2. In the Security Deed, Mortgage Electronic Registration Systems (MERS), an unrelated third party, is named as nominee for the lender and grantee. The debate continues throughout the court system as to whether or not MERS possesses legal standing to assign or otherwise execute acts that can affect the security instrument. Its status as nominee indicates an agency relationship of MERS with the originating lender while its status as beneficiary indicates the role of principal. According to agency law, one party cannot be an agent and a principal in the same transaction.

3. The Fixed Rate Note has been endorsed in blank by the originating lender.

4. On December 10, 2010 an Assignment of Security Deed was executed by MERS as holder. This document names M&T Bank as the assignee.

5. The Voluntary Liens Report on the mortgaged property recorded a Notice of Sale on April 11, 2014 in which the trustee is McCurdy and Chandler, LLC. This document was not presented in this examination.

---

6. As of the date of examination, no further action has been initiated in order to foreclose on the property that was mortgaged to secure the note on the subject loan based on the documents that were presented in this examination.

## THE DOCUMENTS REVIEWED

7. Fixed Rate Note dated April 14, 2008.

8. Security Instrument executed on April 14, 2008.

9. MERS Servicer Inquiry Screenshot.

10. Assignment of Security Deed executed on December 10, 2010.

11. Liens Report dated March 7, 2022.

12. Letter from Servicer dated February 28, 2022

## CONCLUSION

13. The assignment only shows that MERS has relinquished its position as grantee of the Security Deed. The Security Deed is still owned by M&T Bank.

On the other hand, the Fixed Rate Note has been endorsed in blank by M&T Bank. This shows that the note is now owned by the bearer – not M&T Bank.

The burden of proof lies with M&T Bank (or the unknown bearer of the Fixed Rate Note) to prove that it has in its possession both the Fixed Rate Note and the Security Deed together with the documents evidencing the chains of valid endorsements and assignments.

VERIFICATION OF AFFIANT

I, Bert Falls, of legal age and of sound mind and competence, and assert as correct, complete, and not misleading to the best of my information, understanding, knowledge and belief and subscribe on the herein verified Affidavit by me this 20th day of March 2022.

Affirmed by: _____

**BERT FALLS,** Fraud Examiner
2100 Riverside Pkwy
Lawrenceville GA 30043
Fax No. (877) 398-5288
bertfalls.correspondence@gmail.com

Note: This affidavit is in support of the Chain of Title Examination Report findings for Wayne A. Barrett on a note dated April 14, 2008 under loan number 12736732 secured by a property located at 1928 Paddock Path Drive, Acworth GA 30101. The examiner cannot offer any other conclusion of any other report. The findings of this report are independent of those of any other professional auditor or certified fraud examiner.

**4** | Affidavit of Mortgage Fraud Examiner



**1906**

*Treaty Of Peace and Friendship*

*Moorish National Republic Federal Government*
*Moorish Divine and National Movement of the World*
*NorthWest Amexem/ Northwest Africa / North America / 'The North Gate'*
*'Temple of the Moon and Sun'*
*Societas Republicae La Al Maurikanos*
*The True and De Jure Natural Peoples- heirs of the Land*

Affidavit of Fact
# WRIT OF ERROR
International Document
Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent

Exhibit:

Re: Case Number: **1:22-cv-02321-WMR-JCF**

William M. Ray, II, (Acting as) Administrative clerk
United States District Judge
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia Republic [Near 30303] , rm 1705

J. Clay Fuller (acting as) Administrative Clerk
United States Magistrate Judge
121 Spring Street S.E. Suite 106
Gainesville, Georgia Republic [Near 30501] , rm 103

Rachel Friedman (acting as) Attorney
171 Seventeenth Street, NW Suite 1100
Atlanta, Georgia Republic [Near 30363], GA BAR No. 456493

RE: Void Misrepresented Instrument – NOTICE OF REMOVAL allegedly filed June 10,2022,
MOTION TO DISMISS allegedly filed June 16, 2022.

1

## Stare Decisis Law

Elliott v. Peirsol, 26 U.S. 328, 340 (1828) ("Courts are constituted by authority, and they cannot act beyond the power delegated to them. If a court acts without authority, its judgements and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such judgements, or sentences, are considered, in law, as trespassers.").

## MEMORANDUM

I am addressing your alleged served document NOTICE OF FORECLOSURE, Motion to Stay and MOTION TO DISMISS, your documents were made aware to me on June 21, 2022 and July 14, 2022, by the judge along with attorneys for the defendants. Your clients are operating under the color of law within purview of the 14th Amendment due to your failure to prove jurisdiction and judicial authorization under Article III, sections 1 and 2 of the Constitution for the United States of North America. Therefore, the instrument (s) titled NOTICE OF FORECLOSURE, MOTION TO DISMISS, AND GRANT OF STAY are not enforceable for lack of jurisdiction and fraud. Any attachment associated thereto are unconstitutional, notwithstanding, null and void ab initio and are not enforceable for lack of jurisdiction and fraud. See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed.93** (Fraud vitiates the most solemn contracts, documents, and even judgements."); and see **Elliot v. Peirsol, 26 U.S. 328, 340 (1828) mentioned above.**

On or about June 24, 2022, you were duly served with process at your mailing address with the affidavit of Fact: Adverse claim, memorandum of trust which stand as conclusive evidence of your lack of jurisdiction and fraud. Jurisdiction can be challenged at any time and MUST be addressed prior to ALL or ANY case(s) moving forward.

- J. Clay Fuller has not stated any law, nor has he proved jurisdiction and status to show just cause for issuing the Stay.
- Who gave J. Clay Fuller the Judicial power to enforce the law?
- All named parties to deny a collusive partnership, prior relationship outside of this case, affidavits under penalty that this case was not hand delivered to them and all emails, text, and phone conversations on this includes private platforms and internal emails can be investigated and made public evidence if this case is ruled in favor of the defendants and plaintiff is not heard, discovery is denied and a trial by peers is denied. If parties deny to this then by default the case is to be awarded to the plaintiff for full satisfaction and recoupment.

It is Further ORDERED AND ADJUDGED that a writ of error be and the same is hereby entered against you, Rachel Friedman, William M. Ray, J. Clay Fuller and all other persons similarly situated that are involved and are not herein listed;

2

**Further ORDERED AND ADJUDGED** that the misrepresented instrument- Mortgage (dead pledge) Deed (fee is not title i.e. Fee simple) Allodial is title dated April 8, 2008 are VOID AB INITIO and are UNENFORCEABLE for lack of jurisdiction and fraud.

It is further ORDERED AND ADJUDGED that M&T BANK, M&T TRUST & MCCALLA RAYMERLEIBERT PIERCE LLC, claim that they can foreclose is void and fraudulent. Housing Urban Development cannot have a claim to a second mortgage position. The entire transaction is based in fraud and is Void AB INITIO and are unenforceable.

The Conclusive action and de facto administrative hearing with no hearing date at time of this Writ of Error alleged to be transferred into the corporation known as District Court for the Northern District of Georgia (inc.), are Unconstitutional. **NOTWITHSTANDING, NULL** and **VOID AB INITIO** and are **UNENFORCEABLE** for lack of jurisdiction and fraud;

- **Fee Simple – Blacks law dictionary 5th edition under the word "Fee' under estates page 553, 3rd paragraph "is the opposite of allodial title, No gold and silver involved, no actual title."**
- **Mortgage – Dead pledge**
- **Feoffor – page 557 blacks laws 5th edition, defendant tries to make property a "Gift"**
- **Escheat – Blacks Laws 4th and 5th edition – Origin of the word is -Cheat- Plaintiff's property is being cheated away from him.**
- **Attorney – origin of the word <u>Attorn</u> – to transfer ownership or wealth to another.**
- **Collusive Action – (blacks law 5th edition page 240) – an action not founded upon an actual controversy between the parties to it but brought for purpose of securing a determination of point of law for the gratification of curiosity or to settle rights of third persons not parties. Such actions will not be entertained for the courts will only decide "cases or controversies" City and County of San Francisco V. Boyd, 22 Cal. 2d 685, 140 P. 2d 666, 669,670 see also collusion.**

**DONE AND ORDERED** at Maghrib Al-Aqsa, North-West Amexem.

## Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution and the United States Republic Constitution of 1789/1791, and upon the honor of my Foremothers and Forefathers that the forgoing Writ of Error and Affidavit is true and correct. I AM NOT A SOVEREIGN CITIZEN, I am a living Human a descendent of the only title of nobility i.e ( El, Bey, Dey, Ali, AL). One cannot be a Sovereign and a citizen at the same time. The deposit loan

account was funded by me, Credit is my right and not a privilege. Treaties are the laws of the land and supersede the constitution. First in time first in line, Consular Notification for Foreign and Consulate can be found on Travel.State.Gov for defendants councils review. No proof has been provided within the 3 days from any party to rebut the Writ of Quo Warranto. Jurisdiction can be challenged at any time. I have expressed my standing and why my case must be awarded in my favor with prejudice as I am the injured party that has served Mcalla, M&T with letters via return receipt 3 times and more without an answer.   We refuse all Motions to dismiss and exercise counselor jurisdiction. The administrators have not proved their jurisdiction over the case and matter as of this date 7/19/2022.

Witness my hand and seal this __19__ day of __July__ , 2022.


*Wayne-Barrett:Bey*
Affiant: Wayne Barrett-Bey, de jure
In propria persona, sui juris, in full life,
Authorized representative, ex rel.
WAYNE ANTHONY BARRETT;
All Rights Reserved.
C/o 1928 Paddock path dr nw
Acworth, Georgia republic [zip exempt]
Non- Domestic/ Non- Resident/ Non-Subject


Certificate of Service

I, Wayne Barrett-Bey [WAYNE ANTHONY BARRETT ens legis], hereby certify that on this
___19___ day of ___July._____ 2022, the enclosed Affidavit of fact: Writ of Error [
Exhibit   ] was sent via United States Postal Service certified mail and / or hand delivery to the
following recipients:


William M. Ray, II, (Acting as) Administrative clerk
United States District Judge
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia Republic [Near 30303] , rm 1705

J. Clay Fuller (acting as) Administrative Clerk
United States Magistrate Judge
121 Spring Street S.E. Suite 106
Gainesville, Georgia Republic [Near 30501] , rm 103

Rachel Friedman (acting as) Attorney
171 Seventeenth Street, NW Suite 1100
Atlanta, Georgia Republic [Near 30363], GA BAR No. 456493


*Wayne Barrett-Bey "*
All Rights Reserved.


Cc: Antonio Manuel De Oliverira , U.N S-233 New York NY 10017
    Christopher M. Carr  40 Capital Square, Sw Atlanta GA 30334
    Michelle Bachelet Jeria, UN High Commissioner for Human Rights

AFFIDAVIT of Truth
Objection to motion To Dismiss

Date: 7/19/2022
Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent
RE: Loan 1:22-cv-02321-WMR-JCF

To whom it concerns,

William M. Ray II, (acting as) Administrative clerk UNITED STATES
DISTRICT COURT(Inc.)
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia Republic [Near 30303]

J. Clay Fuller (acting as) Administrative Clerk UNITED STATES magistrate judge
121 Spring Street S.E. Suite 106
Gainesville, Georgia Republic [Near 30501] rm 103

Rachel Friedman (acting as) Attorney
171 Seventeenth Street, NW Suite 1100
Atlanta, Georgia Republic [Near 30363], GA Bar No. 456493

RE: Void Motion to Dismiss, Void Granted motion to Stay, filled July 11, 2022.

Come Now Wayne Barrett-Bey et al Wayne Anthony Barrett, as a party of firsthand interest and injured party,
I affirm that I have been damaged by M&T Bank, M&T Trust, MCCALLA referred to as defendants. I also affirm
that M&T Bank & MCCALLA are under latches as I have served them process 3 or more times

1.
Asking them to cease and desist all collections and Foreclosure until they can produce
outlined documentation to their so-called claim, no proof was presented.

2.
I outlined that a fee would follow if there was a violation of the terms of my Bonafide
complaint, third party debt collection letter aka letter of validation in the amount of
$393,000.00

3.
I have in good faith served defendants with service asking if there was any rebuttal to
the so-called debt being satisfied by A4V (acceptance for value), or by discharge and
satisfaction via negotiable instrument to which no rebuttal was raised.

4.

Defendants under collusion attempted fraudulent foreclosure March of 2022 causing mental damage, physical complications, deformation of character as it was public listed and causing strangers to call and show up at my front door.

5.

Spousal issues and strain on family health, security and rights.

6.

Loss in income due to the filing of negative payment history on my credit report. The reply of M&T Bank and my verified tracking of return receipt mail can prove these letters along with notary witness.

For these reasons we object to a third party attempting to dismiss the case as they/ she has no firsthand knowledge of the facts. Also, third party is practicing law and needs a license aka permission to practice law not actual perfect or enforce law. Additionally, I am questioning and requesting proof of whom gave the administrator J. Clay Fuller the judicial power to enforce the motion to stay?

I do not waive any of my rights and as per the Constitution 5th amendment I cannot be denied due process of law.

Defendant cannot dismiss this case as they are attempting to enforce color of title as Fee Simple aka Fee means Futile.

I am requesting M&T Bank General bookkeeping records showing both sides of both debits and credits. There is a material issue as the Note is stamped with a blank endorsement, the plaintiff also has a mortgage audit with an expert witness with signed affidavit.
I affirm that my lawsuit is sound and has standing to be heard by a jury of my peers on August 4th 2022. I can prove without a doubt that my case is one of the strongest foreclosure suits brought forth with elements of Fraud, collusion, documented admittance by their own agents, I have plain tickets showing that I flied to the corporate office to satisfy the debt, signed acceptance by M&T Bank Agent, Emails proving that said agent received and forwarded my payment, emails of replies from M&T agents denying to send back my payment which is acceptance. The addition of a detailed audit that traces the note and deed and shows the defects in them, and all my supporting UCC laws makes for a case that only a collusive organized Rico action between defendant and some unnamed court officials would see this case not heard in front of a jury. I have presented satisfaction and discharge with a instrument stamped with a green medallion stamp, which signifies that my promissory note is insured by the Bank who stamped/ insured it.

In response to the defendants comment in regard to the four corners of the case, as she is practicing law may I remind all that jurisdiction can and must be established at any point. Also I deny any claim of being a sovereign Citizen as one cannot be Sovereign and a citizen at the same time. I am one of the people of Georgia a sovereign in the Constitutional Republic of Georgia, a damaged real living man. While she defends a piece of paper that under color of law is attempting to escheat my property that for the record is not abandoned.

Furthermore, I demand that all the defendants be ordered to cease and desist all foreclosure activity as I phone recordings of recent conversations and a notice stating that a new foreclosure sale date of September 5, 2022, has been entered. I also have emails from the defendant's council showing that I have requested all correspondence in writing and my recording show that M&T Bank last contacted me in writing allegedly April 12, 2022.
I do not waive my rights to discovery or any right I am entitled to.

X _Dwyne -Anthony -Barrett .Bey._
without recourse.

On this day ___19th___ of ___July___ has signed this document in front of me and I affirm the signature to be authentic.

I.S. L.A. M
~~Notary~~ Seal

My Comm. Expires: ___N/A___



*Proof of Travel to pay off Mortgage @ M&T Bank.*

Real Estate Wizard <alchemist.realestatellc@gmail.com>

---

**eTicket Itinerary and Receipt for Confirmation AWXQKM**

**United Airlines, Inc.** <Receipts@united.com>
To: ALCHEMIST.REALESTATELLC@gmail.com

Sat, Apr 9, 2022 at 12:03 PM

 **UNITED**

Sat, Apr 09, 2022

## Thank you for choosing **United**.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AWXQKM

Flight 1 of 4 UA260     Class: United Economy (W)

Mon, Apr 11, 2022

## 05:30 AM
Atlanta, GA, US (ATL)

Mon, Apr 11, 2022

## 07:18 AM
Washington, DC, US (IAD)

Flight 2 of 4 UA6181     Class: United Economy (W)

Mon, Apr 11, 2022

## 08:20 AM
Washington, DC, US (IAD)

Mon, Apr 11, 2022

## 09:32 AM
Buffalo, NY, US (BUF)

Flight Operated by Mesa Airlines dba United Express.

Flight 3 of 4 UA4235     Class: United Economy (H)

Mon, Apr 11, 2022

## 07:35 PM
Buffalo, NY, US (BUF)

Mon, Apr 11, 2022

## 08:54 PM
Washington, DC, US (IAD)

Flight Operated by Commutair dba United Express.

Flight 4 of 4 UA1831     Class: United Economy (H)

Mon, Apr 11, 2022

## 10:16 PM
Washington, DC, US (IAD)

Mon, Apr 11, 2022

## 11:59 PM
Atlanta, GA, US (ATL)

Traveler Details

**IAD-BUF 12A**
**BUF-IAD 11C**
**IAD-ATL 24F**

Preferred Zone Assignment (0169983620066)                                      **IAD-ATL**
Preferred Zone Assignment (0169983620065)                                      **IAD-BUF**

### Purchase Summary

Method of payment:                                                             **Visa ending in 3632**
Date of purchase:                                                              **Sat, Apr 09, 2022**

Airfare:                                                                       **467.90 USD**
U.S. Transportation Tax:                                                       **35.10 USD**
U.S. Flight Segment Tax:                                                       **18.00 USD**
September 11th Security Fee:                                                    **11.20 USD**
U.S. Passenger Facility Charge:                                                **18.00 USD**

Total Per Passenger:                                                           **550.20 USD**

## Total:                                                                    550.20 USD

### Additional Purchase Summary

Method of payment:                                                             **Visa ending in 3632**
Date of purchase:                                                              **Sat, Apr 09, 2022**

Preferred Zone Assignment (Reference Number: 0169983620066):                   **11.00 USD**

## Total:                                                                     11.00 USD

### Additional Purchase Summary

Method of payment:                                                             **Visa ending in 3632**
Date of purchase:                                                              **Sat, Apr 09, 2022**

Preferred Zone Assignment (Reference Number: 0169983620065):                   **11.00 USD**

## Total:                                                                     11.00 USD

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.41541 tonnes of $CO_2$**.

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Apr 11, 2022 Atlanta, GA, US (ATL) to Buffalo, NY, US (BUF) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Mon, Apr 11, 2022 Buffalo, NY, US (BUF) to Atlanta, GA, US (ATL) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

**Important Information about MileagePlus Earning**

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if

1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/ us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

> united.com restricted items page
> FAA website Pack Safe page
> TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER 

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy      View our Legal Notices

**1906**

*Treaty Of Peace and Friendship*

*Moorish National Republic Federal Government*
*Moorish Divine and National Movement of the World*
*NorthWest Amexem/ Northwest Africa / North America / 'The North Gate'*
*'Temple of the Moon and Sun'*
*Societas Republicae Ea Al Maurikanos*
*The True and De Jure Natural Peoples- heirs of the Land*

Affidavit of Fact
**DEFAULT JUDGMENT**
International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Case Number: 1:22-cv-02321-WMR-
JCF

William M. Ray II, (acting as)
Administrative clerk UNITED STATES
DISTRICT COURT(Inc.)
1721 Richard B. Russell Federal Building and United
States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia Republic [Near 30303]

J. Clay Fuller (acting as) Administrative Clerk UNITED
STATES magistrate judge
121 Spring Street S.E. Suite 106
Gainesville, Georgia Republic [Near 30501] rm 103

Rachel Friedman (acting as) Attorney
171 Seventeenth Street, NW Suite 1100
Atlanta, Georgia Republic [Near 30363], GA Bar No.
456493

RE: Void Motion to Dismiss, Void Granted motion to Stay, filled
July 11, 2022.

### Stare Decisis Law

*"Courts are constituted by authority and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such :judgments, or sentences, are considered, in law, as trespassers.* " See **Elliot v. Peirsol), 26 U.S. 328, 340 (1828)**

On June 27, 2022, ( 7021 2720 0002 5522 8351) you were duly served with process at your mailing address the Affidavit of Fact: Writ of Quo Warranto [Exhibit: A] along with the Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate - Exhibit: A1 and Memorandum of Trust which was entered in the records of case number 1:22-cv-02321-W MR-JCF and was given three (3) days from that date to answer and prove your jurisdiction. As of this date, you have failed to answer which constitutes default. It is therefore considered:

ORDERED AND ADJUDGED that this default judgment be and the same is hereby entered against you, William M. Ray, J. Clay Fuller and Rachel Friedman (hereinafter "Judgment Debtors");

It is further ORDERED AND ADJUDGED that the Judgment Debtors are obligated to I, :Wayne -Barrett-Bey (hereinafter "Judgment Creditor") for the following judgment:

1.      the immediate dismissal with prejudice of case number 1:22-cv-02321-W MR-JCF and any other attachments associated thereto for lack of jurisdiction and fraud; and

II.      the total sum principal amount of $3,022,000 payable in lawful money of .9999 fine silver bullion coins or bars for compensatory damages;

IT IS FURTHER ORDERED AND ADJUDGED that this default judgment shall serve as a judgment lien against the oaths of office, surety bonds, and all property (real and personal; corporeal and incorporeal) and assets of the Judgment Debtors as well as their spouse, heir(s), successor(s) and assign(s), in order to secure the performance of this judgment, and to levy on such property and assets for the satisfaction of this judgment if payment cannot be made;

A 'SECURIIY' [15 USC 78c 1101)
U.S.S.E.C. TRACER FLAG

IT IS FURTHER ORDERED AND ADJUDGED that judgment for possession of the ancestral estate in reversion known as 1928 Paddock Path Dr NW, Acworth, Georgia, (and more fully described in the attached Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate- Exhibit: A1) is hereby delivered without interruption to the Judgment Creditor, in allodium, as rightful heir and reversioner owner by Aboriginal title and inheritance

DONE AND ORDERED at Maghrib Al-Aqsa, North-West Amexem /North America.

**Affidavit**

I declare and affirm by virtue of divine law, under the Zodiac Constitution, and upon the United States Republic Constitution of 1791, and upon the honor of my Foremothers and Forefathers that the above Affidavit of Fact: Default Judgment is true and correct.

Executed this __19__, day of __July__ 2022

Affiant: Wayne Barrett-Bey, de jure
in propria persona, sui juris, in full life,
authorized representative, ex rel.
WAYNE ANTHONY BARRETT;
All Rights Reserved.
*Clo* 1928 Paddock Path Dr nw
Acworth, Georgia republic [Zip Exempt]
Non-Domestic/Non-Resident/Non-Subject

All Rights Reserved

CC.:
Brad Raffensperger , Georgia Secretary of State
Merrick B. Garland, United States Attorney General
Michelle Bachelet jeria, United Nations High Commissioner for human Rights
Embassies and Consulates of the International Community and other interested persons
Office of the Consul General of Morocco

# Affidavit of Fact

## Certificate of Service

I, Wayne Barrett-Bey, hereby certify that on this __19__ day of __July__ ___, 2022, the enclosed Affidavit of Fact: Default Judgment [Exhibit: B] was sent via United States Postal Service certified mail and/ or hand delivery to the following recipients:

William M. Ray II, (acting as) Administrative clerk UNITED STATES
DISTRICT COURT(Inc.)
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia Republic [Near 30303]

J. Clay Fuller (acting as) Administrative Clerk UNITED STATES magistrate judge
121 Spring Street S.E. Suite 106
Gainesville, Georgia Republic [Near 30501] rm 103

Rachel Friedman (acting as) Attorney
171 Seventeenth Street, NW Suite 1100
Atlanta, Georgia Republic [Near 30363], GA Bar No. 456493

RE: Void Motion to Dismiss, Void Granted motion to Stay, filled July 11, 2022.

A 'SECURITY' (15 USC 78c (10))
U.S.S.E.C. TRACER FLAG

4

**SE HABLA ESPAÑOL**

*Evidence: of Attempt to Fore Close without giving Plaintiff modification documents*

WAYNE BARRETT
1928 PADDOCK PATH DR NW
ACWORTH GA 30102-0702

266
2
2

RE: YOUR MAIN FINANCE COMPANY
Free Re-Evaluation of Original Loan: $337,450.00

File: #113969631
Re-Negotiation Assistance



Dear Homeowner,

**Urgent!** According to records obtained through the county, a foreclosure sale date has been recorded and scheduled for 09/05/2022 on property located at *1928 PADDOCK PATH DR NW ACWORTH GA 30102-0702*. APN #20002305510. Your first mortgage, originally funded by YOUR MAIN FINANCE COMPANY, may be eligible to be RESTRUCTURED as a result of new government programs effective to a 5, 10, or a 30 year fixed rate mortgage with a payment of only $1,247.28 per month even if you were denied a loan modification, your home recently sold or have a foreclosure sale date.

This offer to assist you with your current home loan may include a **Reduction in your monthly rate, payments and principal balance owed by up to 20%-50%.** We may also be able to prevent your home from going to foreclosure auction and postpone a sale date. With our current strategy, we push banks to re-negotiate the terms of your home loan, reduce the balance owed, stop foreclosure auctions, and in some cases help you reacquire your home at current market value. No appraisal, no equity, and no credit verification are required. **Late Payments, Notices Of Default, And Foreclosure Sale Dates Are Okay.** This will be our final attempt to contact you.

**Example of how we can help you:**

| OLD RATE | OLD PAYMENT | |
|---|---|---|
| 8.5% | $2,594.70 | |
| NEW RATE | NEW PAYMENT | MONTHLY SAVINGS |
| 2% | $1,247.28 | |

If you are facing a financial hardship or in danger of losing your home to foreclosure, **CALL IMMEDIATELY TO HELP WITH POSTPONING ANY AND ALL SCHEDULED FORECLOSURE SALES IN RELATION TO THE SUBJECT PROPERTY AT 888-629-8297.**

Our business hours are Monday – Friday 8AM to 8 PM. Saturday 10AM to 7 PM