

**1906**
*Treaty Of Peace and Friendship*



*Moorish National Republic Federal Government*
*Moorish Divine and National Movement of the World*
*NorthWest Amexem/ Northwest Africa / North America / 'The North Gate'*
*'Temple of the Moon and Sun'*
*Societas Republicae La Al Maurikanos*
*The True and De Jure Natural Peoples- heirs of the Land*

Affidavit of Truth
# Recission of Signature
International Document
Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent

**Georgia:**

---

**Plaintiff**

WAYNE ANTHONY BARRETT in propria persona sui juris

v.

**Defendant(s)**

M&T BANK, M&T TRUST, HOUSING AND URBAN DEVELOPMENT, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS INC (MERS), MCCALLA RAYMER LEIBERT PIERCE LLC.

---

Case No. 22-1-02999-68 (original case)

Federal Case: (1:22-cv-02321-WMR-JCF)

Exhibit: AA, AB, AC, AD, AE, AF

1

Case: 1:22-CV-02321-WMR-JCF

8/30/2022

# Affidavit of Truth
# &
# Rescission of Signature, Autograph

Wayne – Anthony-Barrett:Bey Ex Rel (WAYNE ANTHONY BARRETT)

RE: All Documents signed 4/14/2008 at Wilson & Mills LLC., Closing and Settlement.
Parties: M&T BANK, MERS, H.U.D, Wilson & Wilson (closing attorneys), WAYNE A. BARRETT (settlor).

(Definitions; 1.) Settlement- an official agreement intended to resolve a dispute or conflict.
Closing – Final Stage once all debts are paid and ownership is transferred, the culmination of a deal, contract, or transaction.

Come now Wayne Anthony Barrett-Bey Nationality being Moorish American. This affidavit is to make ALL aware that I rescind all documents signed on April 14, 2008, referenced as closing documents for the domicile 1928 Paddock Path Dr NW Acworth GA 30102, under coercion and misrepresentation.

The signature of WAYNE A. BARRETT is rescinded from all documents not limited to (waiver of Borrowers Rights, NOTE, promise to pay, Power of Attorney and all documents that misrepresented the transaction or waived my rights.

WAYNE A BARRRETT was tricked into believing that M&T BANK was funding the transaction, to learn that by law this is incorrect. M&T BANK did not lend any Gold or Silver. They did not put up any collateral of their own, to the contrary WAYNE ANTHONY BARRETT did in the form of a Down payment check. But used my credit to fund the transaction.

I affirm that my appellation is Wayne Anthony Barrett- Bey of the Nation of Moors recognized as Moorish American by blood of my Moroccan Blood line. The all-capital name WAYNE ANTHONY BARRETT and all alterations of it are a Nom De guerre, I am not Mr. or the last name Barrett this is a fictitious person. I am the Copy Right & DBA Owner of WAYNE ANTHONY BARRETT, BARRETT WAYNE ANTHONY the fee is $250,000.00 usd or .999 gold or silver, per violation ( i.e use of the name via mail, email, notifications, all publications).

I affirm under penalty that the above to the best of my knowledge is correct and true.

x Wayne Bey

As Notary for said County and State, I do herby certify that on this day 3 of September, 2022
The above- mentioned parties appeared before me and executed the foregoing instrument.

Witness my hand seal: Rebecca Lynn Wright

OFFICIAL SEAL
REBECCA LYNN WRIGHT
NOTARY PUBLIC – GEORGIA
HENRY COUNTY
My Commission Expires Jan. 24, 2026