IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WAYNE A. BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| M&T BANK, M&T TRUST, MERS, HUD, MCCALLA RAYMER LEIBERT PIERCE LLC, | ) ) ) ) | 1:22-cv-02321-WMR |
| | ) | |
| Defendants. | ) | |

# DEFENDANTS M&T BANK AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.'S MOTION TO ENJOIN PLAINTIFF FROM SEEKING FURTHER RELIEF

COME NOW Defendants M&T Bank and Mortgage Electronic Registration Systems, Inc. (erroneously sued as "MERS") ("MERS") (collectively, "Defendants"), by and through their undersigned counsel, and hereby file this Motion to Enjoin Plaintiff from Seeking Further Relief or, in the Alternative, to Enjoin Plaintiff from Seeking Further Relief without Prior Approval from this Court. In support, Defendants rely on the filings of record in this case and in Case No. 1:23-cv-02747-WMR ("*Barrett II*") and the memorandum of law filed herewith.

Dated this the 31st day of October, 2025.

63417426 v1

*/s/ Rachel R. Friedman*
Rachel R. Friedman
Georgia Bar No. 456493
rfriedman@burr.com
BURR & FORMAN, LLP
1075 Peachtree Street NE
Suite 3000
Atlanta, Georgia  30309
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

Attorney for Defendants
M&T BANK AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following via U.S. First Class Mail, postage prepaid, and via e-mail on this 31st day of October, 2025:

> Wayne A. Barrett
> PO Box 2293
> Acworth, GA 30102
> alchemist.realestatellc@gmail.com

> */s/ Rachel R. Friedman*
> Rachel R. Friedman
> Georgia Bar No. 456493
> rfriedman@burr.com